UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS MIDDLEBROOK,

    Plaintiff,                            Case No.  1:10-CV-526

v.                                       Hon. Gordon J. Quist

CINDI CURTIN, *et al.*,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on Plaintiff on November 29, 2011.  By order entered on December 27, 2011, the Magistrate Judge granted Plaintiff an extension of time, until January 27, 2012, to file objections.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 29, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the unidentified mailroom supervisor are **DISMISSED WITHOUT PREJUDICE** for failure to timely effect service.

A separate judgment will enter.

This case is **concluded**.

Dated:  February 6, 2012                                    /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE